UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL LEE,

                        Plaintiff,

v.                                                                                 <u>ORDER</u>

RICHARD GOLASZEWSKI, et al.,                   23-MC-00223 (PMH)

                     Defendants.                       23-MC-00224 (PMH)
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       Counsel for all parties appeared in person in Courtroom 520 today. Oral argument was had on the record.

       For the reasons indicated on the record and law cited therein, the motion to quash (23-mc-223, Doc. 1) is GRANTED in part and DENIED in part. The Court grants the motion to quash in 23-mc-223 only to the extent that Requests 6 and 7 of the 17Capital Subpoena are modified as follows: (i) Request No. 6: Documents concerning Plaintiff's performance, including performance reviews and disciplinary notices, for the period of May 1, 2021 through April 22, 2022; and (ii) Request No. 7: Documents and communications concerning Plaintiff's separation from 17Capital. To the extent the Court has directed the production of documents, such production shall be subject to any protective order issued in the underlying action. The motion to quash in 23-mc-223 is otherwise denied.

       The motion to quash (23-mc-224, Doc. 1) is GRANTED. Request No. 8 of the Oak Hill Subpoena is quashed.

       See transcript.

       The Clerk of the Court is respectfully directed to terminate the pending motions (Doc. 1 in 23-mc-223; and Doc. 1 in 23-mc-224); and close these cases.

SO ORDERED:

Dated: White Plains, New York
       August 10, 2023

_____
Philip M. Halpern
United States District Judge